[Nos. 32191-9-I; 32195-1-I; Division One. May 23, 1994.]
32196-0-I.

THE STATE OF WASHINGTON, *Appellant*, v. ERIC
KNAUER, ET AL, *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 92-1-04036-7, Michael J. Fox, J., entered January 11, 1993. *Reversed* by unpublished opinion per Grosse,
J., concurred in by Pekelis, A.C.J., and Becker, J.

[Nos. 29822-4-I; 29844-5-I. Division One. May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE
ANDREW JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 91-1-01100-6, Daniel T. Kershner, J.,
entered January 6, 1992. *Dismissed* by unpublished opinion
per Grosse, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 32374-1-I. Division One. May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANE
HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00251-8, Michael E. Rickert, J., entered February 22, 1993. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Scholfield and Baker, JJ.

[No. 28433-9-I. Division One. May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R.
TOLBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00877-5, James H. Allendoerfer, J.,
entered May 15, 1991. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster, C.J., and Coleman, J.